**Order entered April 10, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01530-CV

## IN THE ESTATE OF ROBERTO REFUGIO DE JESUS GONZALEZ BARRERA, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-14-02697-1**

## ORDER

Before the Court is the April 9, 2019 third request of Jackie Galindo, Official Court Reporter for Probate Court No. 1, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **April 24, 2019**. We caution Ms. Galindo that further extension requests will be disfavored.

/s/    ERIN A. NOWELL
        JUSTICE